IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES BRIAN HUTCHISON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 15-cv-1281-CJP**[1] |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM AND ORDER

**Proud, Magistrate Judge:**

This matter is now before the Court on the parties' Stipulation to Remand. **(Doc. 19)**.

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "an ALJ will hold a new administrative hearing; further evaluate and weigh the opinion evidence of record;

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 9.

evaluate Plaintiff's maximum residual functional capacity; if warranted, obtain supplemental vocational expert evidence; and issue a new decision."

The Court notes that plaintiff applied for disability benefits in February 2012, more than four years ago.  (Tr. 20).   While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Stipulation to Remand **(Doc. 19)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Charles Brian Hutchison's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  June 7, 2016.**

                                                            **s/ Clifford J. Proud**
                                                            **CLIFFORD J. PROUD**
                                                            **UNITED STATES MAGISTRATE JUDGE**